IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LYNDA WOOL,                    )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    2:10cv1017-MHT
                               )         (WO)
ALLSTATE INDEMNITY COMPANY,    )
JERRY HAMILTON, and PAUL       )
GRATER,                        )
                               )
    Defendants.                )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Lynda Wool's motion to dismiss (doc. no. 8) is granted and that defendants Jerry Hamilton and Paul Grater and the claims against them are dismissed. This case remains pending as to defendant Allstate Indemnity Company.

It is further ORDERED that defendant Hamilton's and Grater's motions to dismiss (doc. nos. 3 & 4) are denied as moot.

The court assumes that defendants Hamilton and Grater have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of December, 2010.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE